[No. 16125-1-III.   Division Three.   August 24, 1999.]

KENNETH DUANE AGTUCA, *Appellant*, v. TANA WOOD,
*Respondent*.

Appeal from a judgment of the Superior Court for Walla
Walla County, No. 96-2-00532-1, Yancey Reser, J., entered
August 30, 1996. *Affirmed* by unpublished opinion per
Schultheis, C.J., concurred in by Kurtz and Brown, JJ.

[No. 17207-4-III.   Division Three.   August 24, 1999.]

WILBUR G. HALLAUER, ET AL., *Appellants*, v. SPECTRUM
PROPERTIES, INC., *Defendant*, ERNESTO C. DEL ROSARIO, ET
AL., *Respondents*.

Appeal from a judgment of the Superior Court for Oka-
nogan County, No. 90-2-00218-9, James M. Murphy, J.,
entered January 20, 1998. *Affirmed* by unpublished opinion
per Kurtz, A.C.J., concurred in by Sweeney and Brown, JJ.

[No. 17432-8-III.   Division Three.   August 24, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. MARVA JEAN
TALLEY, *Appellant*.

Appeal from a judgment of the Superior Court for
Spokane County, No. 97-1-00055-7, Greg D. Sypolt, J.,
entered April 9, 1998. *Affirmed* by unpublished opinion per
Kurtz, J., concurred in by Schultheis, C.J., and Brown, J.

[No. 17564-2-III.   Division Three.   August 24, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. THOMAS LEE
BUTLER, *Appellant*.

Appeal from a judgment of the Superior Court for
Spokane County, No. 98-1-00223-0, Harold D. Clarke, J.,
entered June 9, 1998. *Affirmed* by unpublished opinion per
Sweeney, J., concurred in by Brown and Kato, JJ.